# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

140443-4

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re MICHAEL RAY FOSTER, JUSTIN LLOYD FOSTER, MARTIN JOSEPH JAMES FOSTER, and AUSTIN JAMES FOSTER, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

HEATHER FOSTER,
      Respondent-Appellant,

and

CHRISTOPHER FOSTER,
      Respondent.

_____/

SC: 140443-4
COA: 291004, 291005
Ingham CC Family Division:
08-001544-NA

On order of the Court, the application for leave to appeal the November 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

s0224